[No. 2690–3. Division Three. January 16, 1979.]

RUSSELL L. MAURER, *Respondent,* v. GRANGE INSURANCE ASSOCIATION, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 215091, George T. Shields, J., entered December 2, 1977. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Roe, J.

[No. 5672–1. Division One. January 17, 1979.]

DENNIS N. PRIEBE, *Respondent,* v. HANS L. R. VENNES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 824643, James J. Dore, J., entered May 13, 1977. *Reversed* by unpublished opinion per Callow, J., concurred in by Farris, C.J., and Ringold, J.

[No. 5694–1. Division One. January 17, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. RODONEY GRAYBEAL, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 9476, Byron L. Swedberg, J., entered May 19, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson and Ringold, JJ.

[No. 5840–1. Division One. January 17, 1979.]

DONALE A. DAHL, *Appellant,* v. DOUGLAS A. STEINHAUER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 811235, Robert W. Winsor, J., entered August 1, 1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by Dore and Ringold, JJ.